UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Federal Home Loan Mortgage Corporation,

      Plaintiff,

v.                                                             Civil No. 14-07 (JNE/JJK)
                                                             ORDER

Diane Jones, William Curtis Jones, John Doe, and Mary Roe,

      Defendants.

This is an eviction action brought by Federal Home Loan Mortgage Corporation in state court and removed by Defendant Diane Jones. On January 3, 2014, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that the action be remanded to state court. An objection was filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 4].[1] Therefore, IT IS ORDERED THAT:

1.     This action is REMANDED to the Tenth Judicial District of the State of Minnesota.

2.     The Clerk of Court shall mail a certified copy of this Order to the clerk of the Tenth Judicial District of the State of Minnesota.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 7, 2014                                      s/Joan N. Ericksen
                                                                                JOAN N. ERICKSEN
                                                                                 United States District Judge

---

[1] The Court has remanded several similar actions to state court. *See, e.g.*, *Fed. Nat'l Mortg. Ass'n v. Guse*, Civil No. 13-801 (PJS/JSM), 2014 WL 127033 (D. Minn. Jan. 14, 2014); *Fed. Home Loan Mortg. Corp. v. Stone*, Civil No. 13-970 (JNE/AJB) (D. Minn. Aug. 12, 2013); *Fed. Nat'l Mortg. Ass'n v. Torborg*, Civil No. 13-1522 (DWF/AJB), 2013 WL 5567450 (D. Minn. Oct. 9, 2013), *appeal docketed*, No. 13-3334 (8th Cir. Oct. 25, 2013).